# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAXUM ENTERPRISES, LLC,

    Plaintiff,

v.                                                                                    Case No: 8:20-mc-59-T-30AEP

AUTOMOTIVE FLEET ENTERPRISES,
LOUIS W. SPIRO and ASSOCIATE
FLEET CORP.,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. 14) and the Notice of No Objections to same (Dkt. 15). After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 14) of the Magistrate Judge is adopted, confirmed, and approved in all respects, and is made a part of this Order for all purposes, including appellate review.

2. The Agreed Motion for Final Judgment of Garnishment (Dkt. 13) is granted.

3. Judgment is entered in favor of Plaintiff, indicating that First Home Bank shall pay the garnished funds directly to Plaintiff by submitting a check in the sum of $100,930.72 payable to Jones Walker LLP Client Trust Account and sending the check overnight to Michael Anthony Shaw, Esq., Jones Walker LLP, 201 South Biscayne Boulevard, Suite 2600, Miami, Florida 33131.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record